| | |
|---|---|
| 1 | Dominique Barrett (Bar No. 015856) |
| 2 | Alyssa R. Illsley (Bar No. 032956) |
|   | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| 3 | 2390 East Camelback Road, Suite 440 |
|   | Phoenix, Arizona 85016 |
| 4 | Telephone: (602) 954-5605 |
|   | Facsimile: (602) 954-5606 |
| 5 | dominique.barrett@qpwblaw.com |
|   | alyssa.illsley@qpwblaw.com |
| 6 | *Attorneys for Defendant Terry Graham and Ryan Russell* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renee Steinaker, *et al.*, | **CASE NO. CV-19-05022-PHX-SPL** |
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANTS GRAHAM AND RUSSELL'S MANDATORY INITIAL DISCLOSURE PILOT RESPONSES.** |
| v. | |
| Southwest Airlines Company, *et al.*, | |
| Defendants. | |

Defendants Graham and Russell, by and through undersigned counsel, hereby notify the Court that their Mandatory Initial Discovery Pilot Responses were served upon all parties of record on October 9, 2019 via email.

**RESPECTFULLY SUBMITTED** this 10th day of October, 2019.

    QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

    By: s/ Alyssa Illsley
        Dominique Barrett
        Alyssa R. Illsley
        *Attorneys for Defendant Terry Graham and Ryan Russell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th of October 2019, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were mailed to all counsel of record at the following addresses:

Larry Cohen
Jeff Bouma
Erin Hertzog
**CRONUS LAW, PLLC**
2601 E. Thomas Rd., Suite 235
Phoenix, AZ 85016
lcohen@cronuslaw.com
jeff@cronuslaw.com
eah@cronuslaw.com
*Attorneys for Plaintiffs*

Shawn Oller
Peter Prynkiewicz
**LITTLER MENDELSON, PC**
2425 E. Camelback Road, Suite 900
Phoenix, AZ 85016
soller@littler.com
pprynkiewicz@littler.com
*Attorneys for Southwest Airlines, Co.*

By: s/ Nelly Preca