1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

8
9

Renee Steinaker, et al.,                    )        No.  CV-19-05022-PHX-SPL
                                             )
10                     Plaintiffs,           )        **AMENDED ORDER**[1]
vs.                                          )
11                                           )
                                             )
12   Southwest Airlines Company, et al.,     )
                                             )
13                     Defendants.           )
                                             )
14   _____        )

15          Pending before the Court is the parties' Joint Motion to Extend Case Management
16   Conference (Doc. 16).  Good cause appearing,
17          **IT IS ORDERED** that the Joint Motion to Extend (Doc. 16) is **granted**.
18          **IT IS FURTHER ORDERED** that the Case Management Conference presently set
19   for October 11, 2019 at 3:30 p.m. is **vacated and reset** for **November 19, 2019 at 2:00**
20   **p.m.**
21          **IT IS FURTHER ORDERED** that the parties shall file their Joint Rule 26(f) Case
22   Management Report and Joint Proposed Rule 16 Case Management Order no later than
23   **November 8, 2019**.
24          Dated this 23rd day of October, 2019.

25
26                                                   _____
                                                     Honorable Steven P. Logan
27                                                   United States District Judge
28

[1] This Order amends page 1, line 18 of the October 2, 2019 Order (Doc. 17).